IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams, Dwayne L

Printed: 02/24/09

Case Number: 08 B 17383
Judge: Squires, John H
Filed: 7/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 14, 2009
Confirmed: September 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,302.00 |  |
| Secured: |  | 1,216.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 85.29 |
| Other Funds: |  | 0.00 |
| Totals: | 1,302.00 | 1,302.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---:|---:|
| 1. Residential Funding Corp | Secured | 33,579.00 | 1,216.71 |
| 2. PRA Receivables Management | Unsecured | 227.70 | 0.00 |
| 3. Commonwealth Edison | Unsecured | 261.91 | 0.00 |
| 4. National Capital Management | Unsecured | 163.29 | 0.00 |
| 5. City Of Chicago | Unsecured |  | No Claim Filed |
| 6. City Of Chicago | Unsecured |  | No Claim Filed |
| 7. Hyde Park Bank | Unsecured |  | No Claim Filed |
| 8. AT&T | Unsecured |  | No Claim Filed |
| 9. Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 10. Wells Fargo Bank | Unsecured |  | No Claim Filed |
| 11. US Bank | Unsecured |  | No Claim Filed |
| 12. United States Dept of HUD | Unsecured |  | No Claim Filed |
|  |  | $ 34,231.90 | $ 1,216.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 42.32 |
| 6.6% | 42.97 |
|  | $ 85.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Dwayne L

Printed: 02/24/09

Case Number: 08 B 17383
Judge: Squires, John H
Filed: 7/6/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: